IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0176

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

NATALIE AMANDA RICH,

**ORDER**

    Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that DA 20-0175 and DA 20-0176 be consolidated for the purposes of appeal under Cause No. DA 20-0176.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 20 2021